AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF Massachusetts

Estes Innovative and Warehousing, a
Division of Express Lines, Inc.

V.

Hometex Design, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05 . 10036 NG

TO: (Name and address of defendant)

    Hometex Design, Inc.
    126 Shove Street
    Fall River, MA 02724

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Wesley S. Chused, Esq.
    Looney & Grossman LLP
    101 Arch Street
    Boston, MA 02110
    (617) 951-2800

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TOM ANASTAS
CLERK

(BY) DEPUTY CLERK

1/6/05
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631
*Bristol, ss.*

January 20, 2005

I hereby certify and return that on 1/18/2005 at 10:22 am I served a true and attested copy of the Summons and Complaint, Exhibit A, B & C in this action in the following manner: To wit, by delivering in hand to Donna Costa, agent, person in charge at the time of service for Hometex Design, Inc., 18 Pocasset Street, Fall River, MA. Copies ($2.00), Conveyance ($1.50), Travel ($22.40), Basic Service Fee ($30.00), Postage and Handling ($2.75), Attest Fee ($5.00) Total Charges $63.65

Deputy Sheriff Dennis Medeiros

*Deputy Sheriff*

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.