UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTES INNOVATIVE AND WAREHOUSING, A DIVISION OF EXPRESS LINES, INC., <br><br> *Plaintiff* <br> v. <br><br> HOMETEX DESIGN, INC., <br><br> *Defendant* | CIVIL ACTION NO. 05-10036-NG |

### PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

The plaintiff, Estes Innovative and Warehousing, a Division of Estes Express Lines, Inc., states that it is a privately held company, and no publicly held company holds 10% or more of the plaintiff's stock.

ESTES INOVATIVE AND WAREHOUSING,
A DIVISION OF ESTES EXPRESS LINES, INC.

By its attorney,

January 5, 2005

Wesley S. Chused, BBO# 083520
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
Tel. (617) 951-2800
Fax (617) 951-2819

L:\13112\001\Pld\02 .doc