UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ESTES INNOVATIVE AND WAREHOUSING, A DIVISION OF ESTES EXPRESS LINES, INC., | ) ) ) ) | |
| *Plaintiff* | ) | CIVIL ACTION |
| v. | ) ) | NO. 05-10036-NG |
| HOMETEX DESIGN, INC., | ) ) ) | |
| *Defendant* | ) ) | |

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT
## (RULE 55(a))

The plaintiff, Estes Innovative and Warehousing, a Division of Estes Express Lines, Inc., pursuant to Fed. R. Civ. P. 55(a), requests that a default be entered as to the defendant, Hometex Design, Inc. In support of this request, Plaintiff says that it made service of the Summons and Complaint in this action on Defendant on **January 18, 2005**, as appears on the officer's Return of Service, previously filed; that more than twenty (20) days have elapsed since the service of the Summons and Complaint upon Defendant; and that Defendant has failed to plead or otherwise defend.

L:\12160\010\Pld\03

WHEREFORE, plaintiff Estes Innovative and Warehousing, a Division of Estes Express Lines, Inc. prays that the Court enter a default as to the defendant, Hometex Design, Inc., pursuant to Fed. R. Civ. P. 55(a).

                                                ESTES INNOVATIVE and
                                                WAREHOUSING, A DIVISION OF
ESTES EXPRESS LINES, INC.,
By its attorney,

February 23, 2005                                         /s/ *Wesley S. Chused*
                                                           Wesley S. Chused (BBO# 083520)

                                                LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800