AO 133 (Rev. 9/89) Bill of Costs

# United States District Court

DISTRICT OF __Massachusetts__

ESTES INNOVATIVE AND WAREHOUSING, A
DIVISION OF ESTES EXPRESS LINES, INC.

V.

HOMETEX DESIGN, INC.

## BILL OF COSTS

Case Number: 05-10036-NG

Judgment having been entered in the above entitled action on __3/7/05__ against __Hometex Design, Inc.__, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 150.00 |
| Fees for service of summons and subpoena | 63.65 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| **TOTAL $** | **213.65** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:
Hometex Design, Inc.
126 Shove Street, Fall River, MA 02724.

Signature of Attorney: _[signature]_

Name of Attorney: Wesley S. Chused

For: Estes Innovative and Warehousing, Div. of Estes Express Lines   Date: 3/9/05
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgement.

_____   By: _____
Clerk of Court                Deputy Clerk                  Date

**Payment Due Upon Receipt**  Writ: Summons and Complaint, Exhibit A, B & C

Please send a copy of this invoice with your remittance

Estes Innovative and Warehousing, a Division of Express Lines, Inc.
vs.
Hometex Design, Inc.

Invoice #: 05000665
Invoice Date: 1/20/2005

Serve:  Hometex Design, Inc.
        18 Pocasset Street
        Fall River, MA

*1312.00*

Served by Deputy Sheriff:  Dennis Medeiros
Service Date:  1/18/2005  Time: 10:22:00AM
Method of Service:  In Hand

| Charge | Amount |
|---|---|
| Copies | 2.00 |
| Basic Service Fee | 30.00 |
| Postage and Handling | 2.75 |
| Attest Fee | 5.00 |
| Conveyance | 1.50 |
| Travel | 22.40 |
| Total Charges | 63.65 |

| Payment Date | Check Number | Amount |
|---|---|---|
| Payment Total | | |

Amount Due:  $ 63.65

BRISTOL COUNTY SHERIFFS' OFFICE • PROCESS OFFICE • (508) 992-6631

Acushnet • Attleboro • Berkley • Dartmouth • Dighton • Easton • Fairhaven • Fall River • Freetown • Ma
   New Bedford • North Attleboro • Norton • Raynham • Rehoboth • Seekonk • Somerset • Swansea • Taunton • Westpo